**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia Dayne Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1776<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 22–01739 | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Dayne Brown

May 16, 2022                                           **For the court:** Jeffrey P. Allsteadt, Clerk
                                                                                    United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:   Case No. 22-01739-JSB
Patricia Dayne Brown   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: admin   Page 1 of 2
Date Rcvd: May 16, 2022   Form ID: 318   Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Dayne Brown, 25W033 Keswick Lane, Naperville, IL 60540-5909 |
| 29664484 | + | BMO Harris, PO Box 6101, Carol Stream, IL 60197-6101 |
| 29664483 | + | BMO Harris, PO Box 367, Arlington Heights, IL 60006-0367 |
| 29664485 | + | Champion Mortgage, PO Box 818061, Cleveland, OH 44181-8061 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGBKROL.COM | May 17 2022 02:13:00 | Gina B Krol, Cohen & Krol, 105 West Madison St Ste 1100, Chicago, IL 60602-4600 |
| 29664482 | + | EDI: CITICORP.COM | May 17 2022 02:13:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 29664486 | + | EDI: RMSC.COM | May 17 2022 02:13:00 | HSN, PO Box 530905, Atlanta, GA 30353-0905 |
| 29664487 | + | EDI: RMSC.COM | May 17 2022 02:13:00 | JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 29670048 | | Email/Text: amps@manleydeas.com | May 16 2022 22:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 29664488 | + | EDI: RMSC.COM | May 17 2022 02:13:00 | QVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 29666688 | + | EDI: RMSC.COM | May 17 2022 02:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29664489 | + | EDI: USAA.COM | May 17 2022 02:13:00 | USAA Credit Card, 10750 McDermott, San Antonio, TX 78288-1600 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: 318 | Total Noticed: 12 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

**Name**  **Email Address**

Christina Banyon
on behalf of Debtor 1 Patricia Dayne Brown cbanyon.law@gmail.com

Gina B Krol
gkrol@cohenandkrol.com
gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com

Nisha B Parikh
on behalf of Creditor BMO Harris Bank N.A. ILBankruptcy@dallegal.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Todd J Ruchman
on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company amps@manleydeas.com

TOTAL: 5